with ten dollars costs and disbursements, upon the ground that the recollection of the trial justice is controlling; but we do not indorse the Special Term's criticism of the appellant's counsel or his associate. The appellant had an effective remedy under section 295 of the Judiciary Law, which compels the stenographer to take complete stenographic notes, when the trial is by jury, of each and every remark or comment of the presiding judge during the trial, when requested so to do by either party. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE K. SCOTT, Plaintiff, v. GRAHAM SCOTT, Defendant. CHARLES I. TAYLOR, Receiver, Appellant; THE FARMERS' LOAN AND TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE K. SCOTT, Plaintiff, v. GRAHAM SCOTT, Defendant. CHARLES I. TAYLOR, Receiver, Appellant; THE FARMERS' LOAN AND TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NORTH AMERICAN LAUNDRY CO., INC., Appellant, v. PHILIP LURIE, Individually and as President of Laundry Drivers, Chauffeurs and Helpers Union of Greater New York and Vicinity, Local No. 810, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NORTH AMERICAN LAUNDRY CO., INC., Appellant, v. SAMUEL GROSS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALBERT H. FLINT, Respondent, v. CLARENCE W. NUTT, Individually and as a Partner, etc., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MEYAC REALTY CORPORATION, Respondent, v. RHODA GOWN SHOP, INC., and Another, Appellants.— Order modified by striking out the 3d paragraph thereof; and the other clauses of the order modified by limiting the injunction to restraining the defendants Rhoda Gown Shop, Inc., and Plehn Bros., Inc., during the pendency of the action from dealing in anything other than the merchandise referred to in the lease between the plaintiff and the defendant Rhoda Gown Shop, Inc.; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve a corrected amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CATHERINE BURKE, Appellant, v. THEODORE EHRSAM, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of CATHERINE SBANO, Owner, for an Order to Cancel a Mechanic's Lien.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.